**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

CASE NO.: **11-23604-RAM**

☐ _____1st_____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Felix Fernandez                    CO-DEBTOR: Elsa Fernandez
Last Four Digits of SS# xxx-xx-6728        Last Four Digits of SS# xxx-xx-9147

☐ This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee not to exceed 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of __48__ months: In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors' pro-rata under the plan:

  A. $ 150.00 for months 1 to 48 ;
  B. $_____ for months ____ to ____ ;
  C. $_____ for months ____ to ____ in order to pay the following creditors:

Administrative:   Attorney's Fee   $ 3,750.00 + $500.00 (Motion to Value) = $4,250.00
                  TOTAL PAID       $2,500.00
                  Balance Due      $ 1,750.00  payable $ 97.23 month (Months 1 to 18)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgages(s)/Liens on Real or Personal Property:

1. n/a                                Arrearage on Petition Date $_____
Address _____             Arrears Payment $_____/month (Months ___ to ___)
        _____             Arrears Payment $_____/month (Months ___ to ___)
        _____             Regular Payment $_____/month (Months ___ to ___)

2. _____                  Arrears Payment $_____
   _____                  Arrears Payment $_____/month (Months ___ to ___)
   _____                  Regular Payment $_____/month (Months ___ to ___)
                                      Arrears Payment $_____/month (Months ___ to ___)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Value of Collateral | Rate of Interest | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
| Bank United<br>Loan No. xxxxx2735<br>Prop Add: 381 E 61st St<br>Hialeah, FL 33013 | Homestead Property<br>$108,593.00 | 0% | N/A | N/A | N/A |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. n/a _____         Total Due $_____
                               Payable $_____/month (Months ____ to ___)

Unsecured Creditors: Pay $ 37.77 month (Months 1 to 18 ). Pay $135.00/mo (Mos 19 to 48)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: The debtors are paying American Home Mortgage (Loan#xxxx5426) directly outside the plan. The debtor will provide copies of their income tax returns to the chapter 13 trustee on or before May 15 during the pendency of the plan. The debtors will amend schedules I and J and modify the plan if necessary.

/s/ Robert Sanchez, Esq.
Attorney for debtors
Date: 09/12/11