UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:   Felix and Elsa Fernandez		Case No. 11-23604-RAM

	Debtors			Chapter 13
_____/

### MOTION TO EXCUSE DEBTOR FROM SIGNING LOCAL FORM 97 AND ALLOWING JOINT DEBTOR TO SIGN LOCAL FORM 97 ON HIS BEHALF

**COME NOW,** the Debtors, Felix and Elsa Fernandez, by and through their undersigned counsel, and move to excuse the Debtor, Felix Fernandez, from signing Local Form 97 and allowing the joint debtor to sign Local Form 97 on his behalf, and as grounds states as follows:

1. On May 18, 2011 the instant case was filed.

2. Debtors' First Amended chapter 13 Plan was confirmed on October 3, 2011.

3. Debtor passed away on January 27, 2015.

4. The Clerk of Court issued a Notice of Requirement to file Local Form 97 on September 15, 2015/

5. As a result of the debtor's death, the debtor will be unable to sign Local Form 97.

6. Undersigned counsel is requesting that joint debtor, the debtor's widow, be allowed to sign the Local Form 97 on his behalf.

7. The debtor's widow, desires to continue with the case to receive the discharge and avoid any collection efforts by creditors against the debtors.

WHEREFORE, undersigned counsel prays that this Honorable Court grant its Motion and excuse Debtor from signing Local Form 97 and allowing the joint debtor to sign Local Form 97 on the debtor's behalf.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 910(A).

CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the foregoing will be sent via CM/ECF and U.S. Mail this 7th day of October, 2015: to all parties on the service list.

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
355 West 49th Street
Hialeah, FL 33012
Tel. 305-687-8008

By:/s/ Robert Sanchez
      Robert Sanchez, Esq., FBN#0442161